## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## No. 5:23-CR-134-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MALIK CRAWFORD-BEY and | ) | |
| KHALIL WRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

With the consent of the parties, the trial in this case shall begin on May 11, 2026, at 10:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendants in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. §§ 3167(h)(1)(D), (h)(6), and 3161(h)(7)(A). The delay will allow the court to review and resolve pending motions and permit the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See id. § 3161(h)(7)(B)(iv).

All expert disclosures under Federal Rule of Criminal Procedure 16 must be filed not later than April 10, 2026. See Fed. R. Crim. P. 16(a)(1)(F)–(G), 16(b)(1)(B)–(C).

SO ORDERED. This 7 day of November, 2025.

JAMES C. DEVER III
United States District Judge