IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-134-D-2

UNITED STATES OF AMERICA, )
)
)
)
v. ) ORDER
)
MALIK CRAWFORD-BEY, )
a/k/a "Lucky" )
)
Defendant. )

The court will hold a status conference in this case on March 18, 2026, at 1:00 p.m. in

courtroom one, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This ⟨6⟩ day of March, 2026.

JAMES C. DEVER III
United States District Judge