IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-134

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MALIK CRAWFORD-BEY and | ) | |
| KHALIL WRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

On March 18, 2026, the court held a status conference in the United States' case against Malik Crawford-Bey ("Crawford-Bey) and Khalil Wright ("Wright") (collectively "defendants"). At the status conference, Crawford-Bey requested counsel after previously invoking his right to proceed pro se. See Faretta v. California, 422 U.S. 806, 807 (1975). The court granted Crawford-Bey's request. Thus, Nardine Guirguis ("Guirguis"), previously Crawford-Bey's stand-by counsel, now serves as Crawford-Bey's counsel.

The court asked if defendants had adequate time to prepare for trial, which was scheduled for May 11, 2026. Defendants requested a continuance based on Crawford-Bey's newly discovered medical condition and a need for additional time to prepare. The United States noted that it was prepared for trial on May 11, 2026. The court granted defendants' motion to continue the trial. Additionally, defendants plan to move to modify the protective order. The court directed the lawyers to consult and submit to the court a proposed modification to the protective order and a new, proposed trial date for later this year.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendants in a speedy trial. The period of delay necessitated by

this extension (from March 18, 2026, until the new trial date) is excluded from speedy trial computation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (iv).

SO ORDERED. This 18 day of March, 2026.

JAMES C. DEVER III
United States District Judge

Case 5:23-cr-00134-D-BM    Document 1221    Filed 03/18/26    Page 2 of 2